**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-24825-RKA

CARLOS BRITO,

    Plaintiff,
v.

EMCA INVESTMENTS, INC.

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendant, EMCA INVESTMENTS, INC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than twenty (20) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines as to Defendant.

Respectfully submitted this January 24, 2025.

*By:* /s/ *Ramon J. Diego*
RAMON J. DIEGO
Florida Bar No. 689203
THE LAW OFFICE OF RAMON J. DIEGO, P.A.
5001 SW 74th Court, Suite 103
Miami, Florida 33155
Telephone: (305) 350-3103
Email: ramon@rjdiegolaw.com
*Counsel for Plaintiff*

*By: /s/ Russell Landy*
RUSSELL LANDY
Florida Bar No. 0044417
DAMIAN | VALORI | CULMO
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Telephone: (305) 371-3960
Email: rlandy@dvllp.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this January 24, 2025.

    Respectfully submitted,

    **THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
    *Attorneys for Plaintiff*
    5001 SW 74th Court, Suite 103
    Miami, FL, 33155
    Telephone: (305) 350-3103
    Primary E-Mail: rdiego@lawgmp.com
    Secondary E-Mail: ramon@rjdiegolaw.com

    By: _/s/ Ramon J. Diego_
    RAMON J. DIEGO