UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-24825-ALTMAN

**CARLOS BRITO**,

    *Plaintiff,*

v.

**EMCA INVESTMENTS, INC.**,

    *Defendant.*

_____/

**ORDER**

The parties have filed a Notice of Settlement [ECF No. 14], telling us that they have resolved their dispute. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Clerk of Court is directed to **CLOSE** this case without prejudice to the parties to file a stipulation of dismissal by **February 13, 2025**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on January 24, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record