UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-24825-RKA

CARLOS BRITO,

    Plaintiff,

v.

EMCA INVESTMENTS, INC.

    Defendant.

_____/

**JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE**

Plaintiff, CARLOS BRITO, and Defendant, EMCA INVESTMENTS, INC, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on January 29, 2025.

| | |
|---|---|
| *By:* /s/ *Ramon J. Diego* <br> RAMON J. DIEGO <br> Florida Bar No. 689203 <br> **THE LAW OFFICE OF RAMON J. DIEGO, P.A.** <br> 5001 SW 74th Court, Suite 103 <br> Miami, Florida 33155 <br> Telephone: (305) 350-3103 <br> Email: ramon@rjdiegolaw.com <br> *Counsel for Plaintiff* | *By: /s/ Russell Landy* <br> RUSSELL LANDY <br> Florida Bar No. 0044417 <br> **DAMIAN \| VALORI \| CULMO** <br> 1000 Brickell Avenue, Suite 1020 <br> Miami, FL 33131 <br> Telephone: (305) 371-3960 <br> Email: rlandy@dvllp.com <br> *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on January 29, 2025.

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
*Attorneys for Plaintiff*
5001 SW 74th Court, Suite 103
Miami, FL, 33155
Telephone: (305) 350-3103
Primary E-Mail: rdiego@lawgmp.com
Secondary E-Mail: ramon@rjdiegolaw.com


By: _/s/_Ramon J. Diego_____
     RAMON J. DIEGO