UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-24825-ALTMAN

**CARLOS BRITO**,

    *Plaintiff,*

v.

**EMCA INVESTMENTS, INC.**,

    *Defendant.*

_____/

**ORDER**

    The parties have filed a joint stipulation of dismissal [ECF No. 16] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, we hereby **ORDER and ADJUDGE** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. The Clerk shall **CLOSE** the case. All pending deadlines and hearings are **TERMINATED**, and any pending motions remain **DENIED AS MOOT**.

    **DONE AND ORDERED** in the Southern District of Florida on January 29, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record